

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:21CR-6 (RBS) |
| v. | ) | |
| NATHAN DeALBERT MATTOCKS | ) | 21 U.S.C. § 846 |
| a/k/a "D," | ) | Conspiracy to Distribute and Possess |
| a/k/a "Dee", | ) | with Intent to Distribute Heroin, Cocaine, |
| a/k/a "De-Blokk | ) | Methamphetamine, and Fentanyl |
| a/k/a "D-Block" | ) | (Count 1) |

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2
Distribution of Cocaine
(Count 2)

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2
Distribution of Heroin
(Count 3)

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2
Distribution of Methamphetamine
(Count 4)

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2
Distribution of Cocaine
(Count 5)

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2
Distribution of Fentanyl
(Count 6)

18 U.S.C. § 924(c)(1)(A)
Possess, Carry, Use, Brandish, and
Discharge a Firearm in Relation to and in
Furtherance of a Drug Trafficking Crime
(Count 7)

1

|   |   |
|---|---|
| ) | 18 U.S.C. § 924(c)(1)(A) |
| ) | Possess, Carry, Use, Brandish, a Firearm in |
| ) | Furtherance of and in Relation to a Drug |
| ) | Trafficking Crime |
| ) | (Count 8) |
| ) | |
| ) | 18 U.S.C. § 922(g)(1) |
| ) | Felon In Possession of Firearm |
| ) | (Count 9) |
| ) | |
| ) | 18 U.S.C. §§ 1512(a)(2)(B)(i) and 2 |
| ) | Tampering With a Witness By Physical |
| ) | Force or Threat |
| ) | (Counts 10 and 11) |
| ) | |
| ) | 18 U.S.C. §§ 1513(b)(1) and 2 |
| ) | Retaliating Against a Witness |
| ) | (Counts 12 and 13) |
| ) | |
| ) | 18 U.S.C. §§ 1503 and 2 |
| ) | Obstruction of Justice |
| ) | (Count 14) |
| ) | |
| ) | 18 U.S.C. §§ 924(d); |
| ) | 21 U.S.C. § 853; 28 U.S.C. § 2461 |
| ) | Forfeiture Notice |

## SECOND SUPERSEDING INDICTMENT

May 2022 Term – at Newport News, Virginia

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine, Methamphetamine, and Fentanyl)

THE GRAND JURY CHARGES THAT:

Beginning on or about a date unknown to the Grand Jury, but believed to be in or about at least 2017, and continuously thereafter to on or about August 10, 2020, in the Eastern District of Virginia and elsewhere, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block," the defendant herein, along with conspirators known and unknown, including Unindicted Conspirators, did unlawfully, knowingly, and intentionally combine,

2

conspire, confederate and agree among themselves and with other persons, known and unknown to the Grand Jury, to commit one or more of the following offenses against the United States:

1.      To unlawfully, knowingly and intentionally distribute and possess with the intent to distribute, a Schedule I narcotic controlled substance, that is a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2.      To unlawfully, knowingly and intentionally distribute and possess with the intent to distribute a Schedule II narcotic controlled substance, that is a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

3.      To unlawfully, knowingly and intentionally distribute and possess with the intent to distribute a Schedule II narcotic controlled substance, that is a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

4.      To unlawfully, knowingly and intentionally distribute and possess with the intent to distribute a Schedule II narcotic controlled substance, that is a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### WAYS, MANNER, AND MEANS OF THE CONSPIRACY

The primary purpose of the conspiracy was to make money through the distribution of multiple types of illegal narcotics including, but not limited to, heroin, cocaine, methamphetamine, and fentanyl in Gloucester County, Virginia and the cities of Newport News, Williamsburg, and other areas, within the Eastern District of Virginia.  The ways, manner and means by which NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block",

3

Unindicted Conspirators, and others known and unknown to the Grand Jury carried out the purposes of the conspiracy include, but are not limited to, the following:

1.      It was part of the conspiracy that defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", would and did play different roles in the conspiracy, taking upon himself different tasks and participating in the affairs of the conspiracy through various criminal acts. Some of the roles defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", assumed and carried out included organizer, manager, distributor, supplier/alternate supplier, and facilitator for the drug trafficking conspiracy.

2.      It was further part of the conspiracy that defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", and Unindicted Conspirators, did sell and distribute heroin (a Schedule I controlled substance), cocaine (a Schedule II controlled substance), methamphetamine (a Schedule II controlled substance), and fentanyl (a Schedule II controlled substance) to persons known and unknown to the Grand Jury in Gloucester County, and the Cities of Newport News, Williamsburg, Virginia and elsewhere in the Eastern District of Virginia.

3.      It was further part of the conspiracy that defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", and Unindicted Conspirators, , were engaged in the unlawful business of possessing with intent to distribute and distributing fentanyl in Gloucester County, and the Cities of Newport News, Williamsburg, Virginia and elsewhere in the Eastern District of Virginia for profit.

4.      It was further part of the conspiracy that defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", relied upon individuals to whom he distributed illegal narcotics, including heroin, fentanyl, cocaine, and

methamphetamine, to provide him transportation or access to transportation to engage in his illegal narcotics distribution activities in Gloucester County, and the Cities of Newport News, Williamsburg, Virginia and elsewhere in the Eastern District of Virginia.

5.      It was further part of the conspiracy that defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", did possess, brandish, and discharge firearms in furtherance of selling illegal narcotics.

OVERT ACTS

In furtherance of the conspiracy and to bring about the objects and goals of the conspiracy, including efforts to conceal its nature and existence, defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", and Unindicted Conspirators committed overt acts in the Eastern District of Virginia and elsewhere, including but not limited to the following:

1.      On or about January 9, 2020, defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", in Gloucester County, Virginia, which is in the Eastern District of Virginia, possessed a distributable quantity of cocaine.

2.      On or about April 24, 2020, defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", in Gloucester County, Virginia, which is in the Eastern District of Virginia, possessed more than one (1) gram of heroin, more than one (1) gram methamphetamine, more than five (5) grams of cocaine, and various drug paraphernalia.

3.      On or about July 31, 2020, defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", and others known and unknown to the Grand Jury met with Unindicted Conspirators at an apartment complex in Newport News, Virginia, which is in the Eastern District of Virginia, for the purpose of obtaining drugs to distribute in Gloucester County, Virginia and elsewhere within the Eastern District of Virginia.

4.      On or about July 31, 2020, defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", possessed approximately 100-130 pills, the actual amount unknown to the Grand Jury, provided to him by an Unindicted Conspirator and which contained fentanyl.

5.      Between approximately July 31, 2020, and August 5, 2020, defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", within Gloucester County, VA and elsewhere within the Eastern District of Virginia sold pills containing fentanyl, the actual amount of pills sold unknown to the Grand Jury, to others unknown to the Grand Jury.

6.      On or about August 5, 2020, in Gloucester County, Virginia, which is in the Eastern District of Virginia, defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", while traveling in a vehicle registered to Witness #1, possessed 87 pills, which contained fentanyl.

7.      On or about August 5, 2020, defendant, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", while traveling in a vehicle registered to Witness #1, did possess, brandish, and discharge a firearm during and in relation to, and in furtherance of drug trafficking crime.

8.      On or about August, 10, 2020 defendant, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", while in a jail facility in Gloucester County, which is in the Eastern District of Virginia, engaged in a recorded telephone conversation with the same drug customer from the April 24, 2020 drug transaction and directed the drug customer to an individual known to the Grand Jury to obtain illegal narcotics while he was incarcerated.

6

9.      In or about November or December 2021, defendant NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block," while in a jail facility within the Eastern District of Virginia, having learned  the identity of government witnesses and individuals that had provided information to law enforcement aided and abetted and attempted to hire an individual or individuals known and unknown to the Grand Jury to use and attempt to use physical force and the threat of physical force against those individuals and government witnesses to withhold testimony from an official proceeding.

(All in violation of Title 21, United States Code, Section 846).

## COUNT TWO
(Distribution of Cocaine)

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 9, 2020, in Gloucester County, Virginia within the Eastern District of

Virginia, the defendant, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-

Blokk," a/k/a "D-Block," did unlawfully, knowingly, and intentionally possess with intent to

distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II

narcotic controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18
United States Code, Section 2).

COUNT THREE
(Distribution of Heroin)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 24, 2020, in Gloucester County, Virginia within the Eastern District of

Virginia, the defendant, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-

Blokk," a/k/a "D-Block," did unlawfully, knowingly, and intentionally possess with intent to

distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic

controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18
United States Code, Section 2).

9

COUNT FOUR
(Distribution of Methamphetamine)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 24, 2020, in Gloucester County, Virginia within the Eastern District of

Virginia, the defendant, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-

Blokk," a/k/a "D-Block," did unlawfully, knowingly, and intentionally possess with intent to

distribute a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title
18, United States Code, Section 2).

10

COUNT FIVE
(Distribution of Cocaine)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 24, 2020, in Gloucester County, Virginia within the Eastern District of Virginia, defendant NATHAN DeALBERT MATTOCKS, a/k/a "D," a/k/a "Dee," a/k/a "De-Blokk," a/k/a "D-Block," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(l) and 841(b)(1)(C) and Title 18 United States Code, Section 2).

<u>COUNT SIX</u>
(Distribution of Fentanyl)

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 5, 2020, in Gloucester County, Virginia within the Eastern District of Virginia, the defendant, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2).

12

<u>COUNT SEVEN</u>
(Possess, Carry, Use, Brandish, and Discharge a Firearm
in Relation to and in Furtherance of a Drug Trafficking Crime)

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 5, 2020, in the Eastern District of Virginia, the Defendant, NATHAN

DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", did

knowingly and unlawfully carry, possess, brandish, and discharge a firearm, that is, a TAURUS

Model PT111 pro, 9mm semi-automatic pistol, during and in relation to, and in furtherance of a

drug trafficking crime for which he may be prosecuted in a court of the United States, namely,

Conspiracy to Possess With Intent to Distribute Schedule I and II controlled substances in violation

of Title 21, United States Code, Section 846 as set forth in Count One of this Second Superseding

Indictment, which description of said drug trafficking crime is re-alleged and incorporated by

reference as if set forth in full herein.


(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

13

<u>COUNT EIGHT</u>
(Possess, Carry, Use, a Firearm
in Relation to and in Furtherance of a Drug Trafficking Crime)

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 5, 2020, in the Eastern District of Virginia, the Defendant, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block", did knowingly and unlawfully carry and possess a firearm, that is, a TAURUS Model PT111 pro, 9mm semi-automatic pistol, during and in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, Possess With Intent to Distribute fentanyl, a Schedule II controlled substances in violation of Title 21, United States Code, Section 841 as set forth in Count Six of this Second Superseding Indictment, which description of said drug trafficking crime is re-alleged and incorporated by reference as if set forth in full herein.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

14

COUNT NINE
(Possession of a Firearm by a Convicted Felon)

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 5, 2020, in Gloucester County, Virginia, within the Eastern District of

Virginia, defendant, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-

Blokk," a/k/a "D-Block", knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly and unlawfully possesses a firearm,

that is a TAURUS, Model PT111 pro, 9 mm semiautomatic pistol, serial number TAP76345, said

firearm having been transported in interstate and foreign commerce.


(In violation of Title 18, United States Code, Section 922(g)(1)).

<u>COUNT TEN</u>
(Tampering With a Witness by Physical Force or Threat)

THE GRAND JURY FURTHER CHARGES THAT:

In or about November or December 2021, the exact date being unknown to the Grand

Jury, in the Eastern District of Virginia, defendant, NATHAN DeALBERT MATTOCKS, a/k/a

"D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block," aided and abetted by others known and

unknown, did use and attempt to use physical force and threat of physical force with the intent to

cause and induce a government witness referred to herein as Witness "1" to withhold testimony

from an official proceeding.

(In violation of Title 18, United States Code, Section 1512(a)(2)(B)(i)
and Title 18, United States Code, Section 2).

16

<u>COUNT ELEVEN</u>
(Tampering With a Witness by Physical Force or Threat)

THE GRAND JURY FURTHER CHARGES THAT:

In or about November or December 2021, the exact date being unknown to the Grand

Jury, in the Eastern District of Virginia, defendant, NATHAN DeALBERT MATTOCKS, a/k/a

"D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block" aided and abetted by others known and

unknown, did use and attempt to use physical force and threat of physical force with the intent to

cause and induce a government witness known as Witness "C" to withhold testimony from an

official proceeding.

(In violation of Title 18, United States Code, Section 1512(a)(2)(B)(i)
and Title 18, United States Code, Section 2).

17

## COUNT TWELVE
(Retaliating Against a Witness)

THE GRAND JURY FURTHER CHARGES THAT:

In or about November or December 2021, the exact date being unknown to the Grand Jury, in the Eastern District of Virginia, defendant, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block" aided and abetted by others known and unknown did knowingly in conduct attempt to use and threaten to use physical force to cause bodily injury to a government witness referred to herein as Witness "1" with the intent to retaliate against the government witness for information given by that government witness to a law enforcement officer relating to the possible commission of a Federal Offense.

(In violation of Title 18, United States Code, Section 1513(b)(2) and 18 United States Code Section 2)

18

COUNT THIRTEEN
(Retaliating Against a Witness)

THE GRAND JURY FURTHER CHARGES THAT:

In or about November or December 2021, the exact date being unknown to the Grand Jury, in the Eastern District of Virginia, defendant, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block" aided and abetted by others known and unknown did knowingly in conduct use and attempt to use and threaten to use physical force to cause bodily injury to a government witness known as Witness "C" with the intent to retaliate against the government witness for information given by that government witness to a law enforcement officer relating to the possible commission of a Federal Offense.

(In violation of Title 18, United States Code, Section 1513(b)(2) and 18 United States Code Section 2).

19

<u>COUNT FOURTEEN</u>
(Obstruction of Justice)

THE GRAND JURY FURTHER CHARGES THAT:

In or about November or December 2021, the exact date being unknown to the Grand Jury, in the Eastern District of Virginia, defendant, NATHAN DeALBERT MATTOCKS, a/k/a "D" a/k/a "Dee," a/k/a "D-Blokk," a/k/a "D-Block" aided and abetted by others known and unknown did corruptly, and by threats of physical force endeavor to influence, obstruct, and impede the due administration of justice in a federal criminal prosecution.

(In violation of Title 18 United States Code, Sections 1503 and 18 United States Code, Section 2).

FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.      The defendant, if convicted of any of the violations alleged in Counts One through Five of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

        a.      Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

        b.      Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

2.      The defendant, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

3.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

4.      The property subject to forfeiture includes, but is not limited to, a TAURUS, Model PT111 pro, 9 mm semiautomatic pistol, serial number TAP76345

(In accordance with Title 18, United States Code, Sections 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461).

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

*United States v. Nathaniel DeAlbert Mattocks*, 4:21cr6

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Kenneth P. Kaplan
Special Assistant United States Attorney
DC Bar No. 460614
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866

By: _____
Brian J. Samuels
Assistant United States Attorney
Virginia State Bar No. 65898
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866

22