HONORABLE JUDGE REBECCA BEACH SMITH  
600 GRANBY STREET  
NORFOLK, VIRGINIA 23510

AUG 29, 2022

Re: FOREMENTIONED LETTER



HONORABLE JUDGE SMITH,

    I have enclosed the forementioned letter from my ineffective DEFENSE COUNSELOR, MR. SHAWN M. CLINE, P.C.

    Your Honor, this letter is not complex at all. Mr. Cline explicitly admits to unfortunately not operating on my behalf, effectively as I deserved.

    Once again, your Honor, I am respectfully requesting that you review this letter as well. This letter, I believe, is a direct confession and I am begging this court to grant my motion to set aside the verdict of the jury rendered in your Honorable court, and allow me to proceed 'PRO-SE', with the assistance of (co-counsel) in the arena of a new trial.

    In advance, I would like to thank you, Your Honor, for your time, understanding, and prayerfully your cooperation in this most delicate matter.

Sincerely,  
Nathan P. Albert Mattocks

NATHAN MATTOCKS  
WESTERN TIDEWATER REGIONAL JAIL  
2402 GODWIN BLVD  
SUFFOLK, VA. 23434